UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF FLORIDA **COURT ORDER/MINUTES**
U.S. MAGISTRATE JUDGE JARED M. STRAUSS- FORT LAUDERDALE, FLORIDA (310-B)

DEFT: **DARRYL KOGAN (SURR)#**
CASE NO: **26-60256-CR-DAMIAN**
AUSA: **J. ANTON**
ATTY: **D MARKUS, H. SCHUMACHER, A. MOSS**
USPO:
VIOL: **18:U.S.C.§2252 (a)(2)**
PROCEEDING: **INITIAL APPEARANCE**
RECOMMENDED BOND:
BOND/PTD HEARING HELD - yes / no
COUNSEL APPOINTED:
BOND SET @: **$250,000 PSB**
To be cosigned by: **DEFT'S NIECE SAMANTHA KOGAN**

- ☐ All standard conditions
- ☐ Do not encumber property.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or_ x=s a week/month by phone; _ x=s a week/month in person.
- ☐ Random urine testing by Pretrial Services. Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Electronic Monitoring:
- ☐ Travel extended to:
- ☐ Other: **PLEASE REFER TO BOND FOR CONDITIONS**

**DEFENDANT PRESENT IN COURT WITH COUNSEL ATTORNEYS DAVID O. MARKUS, HOWAR SCHUMACHER AND ANITA MOSS ALL PRESENT. TRIAL ONLY. ADVISED OF CHARGES. GOVT ORE TENUS MOTION FOR BOND IS GRANTED. COURT SETS BOND OF $250,000 PSB SWORN/TEST NIECE. WAIVED INDICTMENT. SIGNED WAIVER. READING OF INFORMATION WAIVED. NOT GUILTY PLEA ENTERED. JURY TRIAL DEMANDED SDO REQUESTED. DEFENDANT ORE TENUS MOTION FOR ENTRY OF SDO IS GRANTED.**

****BRADY ORDER ENTERED TODAY *****

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| REPORT RE COUNSEL: | | | | |
| **PTD**/BOND HEARING: | | | | |
| **ARRAIGN** OR **REMOVAL**: | | | | |
| **PRELIM/EXAM HRG** | | | | |

**10/02/26** TIME: **11:00 AM** FTL/TAPE/# JMS- Begin **310-B**

**[15 MINUTES] *** RECORDED INCOURTROOM 310-B****
*****THE TIME FROM TODAY THROUGH THE RE-SCHEDULED DATE IS EXCLUDED FROM THE DEADLINE FOR TRIAL AS COMPUTED UNDER THE SPEEDY TRIAL ACT *** (YES OR** NO) **DAR: 10:53:00-11:08:35**