UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 26-CR-60256-MD

UNITED STATES OF AMERICA

vs.

DARRYL KOGAN,

Defendant.
_______________________________/

**FACTUAL PROFFER IN SUPPORT OF PLEA**

In February 18, 2026, after receiving a tip, an undercover FBI agent "UCE" began communicating with Darryl Kogan (the Defendant"), as a purported 16-year-old female, via the Kik Messenger application. The UCE and Kogan discussed masturbating together and exchanging sexually explicit images via text messages on Kik. During the above referenced conversation, the Defendant sent the UCE an image of his penis. The Defendant continued to communicate with the UCE regarding sending sexually explicit images through the Kik application. Specifically, Kogan texted, "Need pics to start the process." The UCE, acting as a purported 16-year-old minor, texted back that she had made multiple attempts to send an image via Kik, but it wasn't working. The Defendant then texted, "not sure why not working. Should not say anything. . . take a picture not using kik of your vagina. Two fingers on clit so know it is current."

Law enforcement executed a search warrant on MediaLab for several different Kik accounts that Kogan was using to engage in sexually explicit communications about minors. On May 21, 2026, law enforcement executed a search warrant at Kogan's residence and read him his *Miranda* rights, which he waived. During the interview, Kogan confirmed the email addresses he used to establish the various Kik accounts as well as the associated telephone number with the

accounts. Kogan explained to law enforcement that he would delete Kik accounts and set up new ones.

All of the above facts occurred in the Southern District of Florida.

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

Date: 10/15/26 By: Jodi L. Anton
Jodi L. Anton
Assistant United States Attorney

Date: 10/15/26 By: ____________
David Oscar Markus
Counsel for Defendant

Date: 10/15/26 By: ____________
Darryl Kogan
Defendant